# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146973

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

STEVEN MICHAEL KELSEY, JR.,
      Defendant-Appellant.

SC: 146973
COA: 298372
Oakland CC: 2009-225787-FC

_____/

      On order of the Court, the application for leave to appeal the February 14, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



t0617

            Clerk